UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: Scott Roderik Wallin

Case No.

Debtor(s).

# SUMMARY OF AMENDMENTS TO VOLUNTARY PETITION, LISTS, SCHEDULES AND STATEMENTS

1. Attached to this form are the following amended documents:

   ☐ Petition
   ☑ Schedule A/B
   ☑ Schedule C
   ☐ Schedule D
   ☐ Schedule E/F
   ☐ Schedule G
   ☐ Schedule H
   ☐ Schedule I
   ☐ Schedule J
   ☐ Schedule J-2
   ☑ Summary of assets and liabilities and certain statistical information (note that this Summary MUST BE submitted with any amended schedule)
   ☐ Statement of financial affairs
   ☐ Statement of intention
   ☐ Statement of current monthly income/means test calculation
   ☐ Other (specify):

2. For each amended document attached, clearly identify all changes (additions and deletions) to the amended document when compared with the original or most recent amendment:

   Amending schedules to update account balances and exempt the equity in the former homestead.

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Scott Roderik Wallin** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the:    DISTRICT OF MINNESOTA

Case number    21-50173
(if known)

■ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................................    $ **257,580.00**

   1b. Copy line 62, Total personal property, from Schedule A/B..................................................................    $ **4,671.43**

   1c. Copy line 63, Total of all property on Schedule A/B............................................................................    $ **262,251.63**

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*    $ **235,125.78**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*...............................    $ **7,931.13**

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................    $ **244,778.69**

   **Your total liabilities**    $ **487,835.60**

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*...................................................................    $ **2,003.40**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................................    $ **6,042.00**

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Scott Roderik Wallin**                     Case number *(if known)*  **21-50173**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.    $    **5,091.67**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $   **6,989.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $   **942.13** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $   **0.00** |
| 9d. Student loans. (Copy line 6f.) | $   **86,497.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $   **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$   **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $   **94,428.13** |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott** | **Roderik** | **Wallin** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number   21-50173

■ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1
**6747 Winsdale ST N**
Street address, if available, or other description

**Golden Valley    MN    55427**
City                State   ZIP Code

**Hennepin**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Former homestead: Parcel 1: (Abstract) Lot 164, except the East 15 feet thereof, Belmont Parcel 2: (Torrens) Lot 163, except the West 20 feet thereof, Belmont, Hennepin County, Minnesota.**
**Value per 2021 Valuation is $273,000, however the house has foundation problems and I was unable to sell it. Sheriff's sale was 1/18/2021. The amount listed is the amount that was bid at the sheriff's sale**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$257,580.00** | **$257,580.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**right of redemption**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**   **$257,580.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Scott Roderik Wallin**  Case number *(if known)* **21-50173**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

   3.1 Make: **Honda**
   Model: **Accord**
   Year: **2019**
   Approximate mileage:
   Other information:

   **Leased Vehicle. Value per KBB is $24089**

   **Who has an interest in the property?** Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   **Current value of the entire property?** $0.00
   **Current value of the portion you own?** $0.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................=>    **$0.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   **Misc. household goods, TV - some located with me, some in storage**    **$1,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   **Electronics: old iOS devices, iMac, cell phone All over 2 years old.**    **$400.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No

☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| **Clothes: Clothes** | **$500.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ■ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

| **2 dogs** | **$1.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................... | **$2,401.00** |

| **Part 4:** | **Describe Your Financial Assets** |
| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.............................................................................................................

| **Cash: Cash** | **$300.00** |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                    Institution name:

| 17.1. | **Affinity Plus Federal Credit Union - Checking Account:** ~~balance verified 3/29/21~~ **- Balance on the date of filing** | **$7.32** |
| ~~17.2.~~ | ~~**Affinity Plus Federal Credit Union - Savings Account: balance as of 3/29/21**~~ | ~~**$0.01**~~ |
| 17.3. | **Other: PayPal Account balance verifed 3/29/21** | **$110.30** |

|  |  |  |  |
|---|---|---|---|
| 17.4. | | Affinity credit union - second savings account (no balance) | $0.00 |
| 17.5. | | **Affinity Plus Federal Credit Union - Savings Account: balance on the date of filing** | $10.01 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:                                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:        Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................   Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**                                                           **Current value of the portion you own?**
                                                                                             Do not deduct secured claims or exemptions.

| Debtor 1 | **Scott Roderik Wallin** | Case number *(if known)* | **21-50173** |
|---|---|---|---|

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Possible tax refund. Haven't filed 2020 yet | Unknown |
|---|---|

| 2020 federal tax refund | $1,843.00 |
|---|---|

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:        Beneficiary:        Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................** | **$2,270.63** |

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Debtor 1 | **Scott Roderik Wallin** | Case number *(if known)* | **21-50173** |
|---|---|---|---|

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  $0.00

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ........................................................................................................................  $257,580.00
56. **Part 2: Total vehicles, line 5**    $0.00
57. **Part 3: Total personal and household items, line 15**    $2,401.00
58. **Part 4: Total financial assets, line 36**    $2,270.63
59. **Part 5: Total business-related property, line 45**    $0.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**    +  $0.00

62. **Total personal property.** Add lines 56 through 61...    $4,671.63    Copy personal property total    $4,671.63

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    $262,251.63

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Scott Roderik Wallin** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MINNESOTA

Case number: 21-50173
(if known)

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                        4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

    ☒ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **6747 Winsdale ST N Golden Valley, MN 55427 Hennepin County Former homestead: Parcel 1: (Abstract) Lot 164, except the East 15 feet thereof, Belmont Parcel 2: (Torrens) Lot 163, except the West 20 feet thereof, Belmont, Hennepin County, Minnesota. Value**<br>Line from *Schedule A/B*: **1.1** | $257,580.00 | ☒ $11,228.37<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2019 Honda Accord Leased Vehicle. Value per KBB is $24089**<br>Line from *Schedule A/B*: **3.1** | $0.00 | ☒ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **Misc. household goods, TV - some located with me, some in storage**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Electronics: old iOS devices, iMac, cell phone All over 2 years old.**<br>Line from *Schedule A/B*: **7.1** | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

| Debtor 1 | **Scott Roderik Wallin** | | | Case number (if known) | **21-50173** |
|---|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|---|
| **Clothes: Clothes**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ■<br>☐ | $500.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **2 dogs**<br>Line from *Schedule A/B*: **13.1** | $1.00 | ■<br>☐ | $1.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Cash: Cash**<br>Line from *Schedule A/B*: **16.1** | $300.00 | ■<br>☐ | $300.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Affinity Plus Federal Credit Union - Checking** ~~Account: balance verified 3/29/21~~ - **Balance on the date of filing**<br>Line from *Schedule A/B*: **17.1** | $7.32 | ■<br>☐ | $7.32<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| ~~Affinity Plus Federal Credit Union - Savings Account: balance as of 3/29/21~~<br>~~Line from *Schedule A/B*: **17.2**~~ | ~~$0.01~~ | ~~■~~<br>~~☐~~ | ~~$0.01~~<br>~~100% of fair market value, up to any applicable statutory limit~~ | ~~**11 U.S.C. § 522(d)(5)**~~ |
| **Other: PayPal Account balance verifed 3/29/21**<br>Line from *Schedule A/B*: **17.3** | $110.30 | ■<br>☐ | $110.30<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Affinity credit union - second savings account (no balance)**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ■<br>☐ | $1.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Affinity Plus Federal Credit Union - Savings Account: balance on the date of filing**<br>Line from *Schedule A/B*: **17.5** | $10.01 | ■<br>☐ | $10.01<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| ~~Possible tax refund. Haven't filed 2020 yet~~<br>~~Line from *Schedule A/B*: **28.1**~~ | ~~Unknown~~ | ~~■~~<br>~~☐~~ | ~~$1.00~~<br>~~100% of fair market value, up to any applicable statutory limit~~ | ~~**11 U.S.C. § 522(d)(5)**~~ |
| **2020 federal tax refund**<br>Line from *Schedule A/B*: **28.2** | $1,843.00 | ■<br>☐ | $1,843.00<br>100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☐ No
       ☐ Yes

Official Form 106C          **Schedule C: The Property You Claim as Exempt**          page 2 of 2

REVISED 12/15

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re                                                                                         Case No. 21-50173
**Scott Roderik Wallin**

Debtor(s).

# SIGNATURE DECLARATION

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ VOLUNTARY CONVERSION, SCHEDULES AND STATEMENTS
☑ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☐ MODIFIED CHAPTER 13 PLAN
☐ OTHER (PLEASE DESCRIBE:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 5/6/2021

X _____                          X _____
Signature of Debtor 1 or Authorized                               Signature of Debtor 2
Representative

**Scott Roderik Wallin**
Printed Name of Debtor 1 or                                          Printed Name of Debtor 2
Authorized Representative

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

Scott Roderik Wallin

CASE NO: 21-50173

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 7

On 5/7/2021, I did cause a copy of the following documents, described below,

Amended Summary of Schedules, Amended Schedules A/B, C and Signature Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/7/2021

/s/ Timothy C. Theisen
Timothy C. Theisen  0213469

Timothy Casey Theisen PA
229 Jackso Street, Suite 105
Anoka, MN  55303
763 421 0965

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| IN RE: | CASE NO: 21-50173 |
|---|---|
| Scott Roderik Wallin | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/7/2021, a copy of the following documents, described below,

Amended Summary of Schedules, Amended Schedules A/B, C and Signature Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/7/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Timothy C. Theisen
Timothy Casey Theisen PA
229 Jackso Street, Suite 105
Anoka, MN  55303

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING       NATIONSTAR MORTGAGE LLC DBA MR COOPER    AMERICAN ACCOUNTS  ADVISERS
08645                                   LOGS LEGAL GROUP                        ATTN BANKRUPTCY
CASE 21-50173                           12550 WEST FRONTAGE ROAD SUITE 200      PO BOX 250
DISTRICT OF MINNESOTA                   BURNSVILLE MN 55337-2475                COTTAGE GROVE MN 55016-0250
DULUTH
FRI MAY 7 11-52-47 CDT 2021


AMERICAN HONDA FINANCE                  BMW FINANCIAL SERVICES NA LLC           BANKRUPTCY REPORTING CONTACT
P O BOX 168088                          AIS PORTFOLIO SERVICES LP               CHILD SUPPORT ENFORCEMENT
IRVING TX 75016-8088                    4515 N SANTA FE AVE DEPT APS            444 LAFAYETTE ROAD - 4TH FL
                                        OKLAHOMA CITY OK 73118-7901             SAINT PAUL MN 55155-3802


BARCLAYS BANK DELAWARE                  BMW FINANCIAL SERVICES                  CAPITAL ONE
ATTN BANKRUPTCY                         CUSTOMER SERVICE CENTER                 ATTN BANKRUPTCY
PO BOX 8801                             PO BOX 3608                             PO BOX 30285
WILMINGTON DE 19899-8801                DUBLIN OH 43016-0306                    SALT LAKE CITY UT 84130-0285


CENTERPOINT ENERGY                      CENTRAL PRAIRIE FINANCIAL               CENTURYLINK
PO BOX 4671                             100 SOUTH FIFTH STREET                  100 CENTURYLINK DR
HOUSTON TX 77210-4671                   SUITE 1400                              MONROE LA 71203-2041
                                        MINNEAPOLIS MN 55402-1217


CHARLOTTE KRAMERS MEYER                 JPMORGAN CHASE BANK N A                 CITIBANK
1105  18TH ST N                         BANKRUPTCY MAIL INTAKE TEAM             PO BOX 6241
PRINCETON MN 55371-6158                 700 KANSAS LANE FLOOR 01                SIOUX FALLS SD 57117-6241
                                        MONROE LA 71203-4774


CITY OF GOLDEN VALLEY                   CITY OF SALEM LEGAL DEPARTMENT          CREDIT ONE BANK
7800 GOLDEN VALLEY ROAD                 CITY ATTORNEY                           PO BOX 98872
MINNEAPOLIS MN 55427-4588               555 LIBERTY STREET SE                   LAS VEGAS NV 89193-8872
                                        ROOM 205
                                        SALEM OR 97301-3513


CURBSIDE WASTE                          DOUG PETRIE                             FALCK NORTHWEST SALEM
PO BOX 43154                            900 HOLTON AV                           PO BOX 310012191
MINNEAPOLIS MN 55443-0154               SAINT PAUL MN 55104-1314                PASADENA CA 91110-2191


FEDERAL HOUSING ADMIN                   INTERNAL REVENUE SERVICE                JOHN SCOTT PROPERTY MANAGEMENT
451 7TH ST SW                           PO BOX 7346                             1124 CORNUCOPIA ST NW
WASHINGTON DC 20410-0001                PHILADELPHIA PA 19101-7346              SALEM OR 97304-3273


LVNV FUNDING                            MESSERLI  KRAMER                        MIDLAND CREDIT MANAGEMENT
CO RESURGENT CAPITAL SERVICES           3033 CAMPUS DRIVE                       350 CAINO DE LA REINA
PO BOX 10497                            SUITE 250                               SUITE 100
GREENVILLE SC 29603-0497                MINNEAPOLIS MN 55441-2662               SAN DIEGO CA 92108-3007
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" HAVE BEEN RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MR COOPER  NATION STAR MORTGAGE<br>PO BOX 619098<br>DALLAS TX 75261-9098 | OLIPHANT FINANCIAL LLC<br>2601 CATTLEMEN RD STE 300<br>SARASOTA FL 34232-6231 | OLIPHANT FINANCIAL LLC<br>9009 TOWN CENTER PKWY<br>BRADENTON FL 34202-4185 |
| PGE<br>PO BOX 4438<br>PORTLAND OR 97208-4438 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RESURGENT CAPITAL SERVICES<br>ATTN BANKRUPTCY<br>PO BOX 10497<br>GREENVILLE SC 29603-0497 |
| SALEM HEALTH<br>PO BOX 6990<br>PORTLAND OR 97228-6990 | SHAPIRO  ZIELKE<br>12550 WEST FRONTAGE ROAD<br>SUITE 200<br>BURNSVILLE MN 55337-2475 | STATE OF MINNESOTA<br>DEPARTMENT OF REVENUE<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 |
| STEWART ZLIMEN  JUNGERS<br>PO BOX 131205<br>SAINT PAUL MN 55113-0011 | SYNCHRONY BANK<br>PO BOX 530975<br>ORLANDO FL 32896-0001 | TARGET CARD SERVICES<br>PO BOX 660170<br>DALLAS TX 75266-0170 |
| THE ROSE LAW FIRM<br>921 MAINSTREET<br>PO BOX 5560<br>HOPKINS MN 55343-0492 | US DEPARTMENT OF EDUCATION<br>ECMCATTN BANKRUPTCY<br>PO BOX 16408<br>SAINT PAUL MN 55116-0408 | WELLS FARGO JEWELRY ADVANTAGE<br>ATTN BANKRUPTCY<br>PO BOX 10438<br>DES MOINES IA 50306-0438 |
| XCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 | | |